Lidya Radin
c/o Joe Friendly
203 W. 107th Street, #8A
New York, New York 10025
Telephone: 516-445-4390
Email: radin.lidya2@gmail.com

**Pro Se Intake Unit**
United States District Court
of the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, New York 10007

RECEIVED SDNY PRO SE OFFICE
2016 MAY -3  A 12: 03
2016 MAY -3  AM 10: 20
U S DISTRICT COURT SDNY

**16CV3291**

2-May-2016

Placed in the overnight drop-box for filing.

**RE: Filing a Writ of Prohibition, an original proceeding, in the district court, S.D.N.Y., documents enclosed.**

Dear Sir/Madam:

Please find enclosed:

1. One original plus two copies of my Writ of Prohibition, in Lidya Radin, petitioner/claimant against Peter Tom, Cyrus Robert Vance, Jr., and Eric Schneiderman, respondents, plus the civil cover sheet, and my Application to Proceed without prepaying fees or costs.

2. I am providing the original, 77 pages, as requested, unbound, secured with a binder clip so that it can be scanned into your system more easily. The two copies are secured, as requested, with a staple in the left-hand corner covered with tape.

3. Please be aware that this is a Writ of Prohibtion, **an original proceeding,** not a complaint, and not a Writ of Mandamus: Writ of Prohibition due to constitutional

1

violations of due process, equal protection, and redress such that the lower court lost jurisdiction.

4. My process server has already performed **personal, in-hand service** on the Respondents, and his affidavit of service is provided. Thus, I do not need a summons, or service.

5. <u>I do need to set a hearing date for my Writ of Prohibition and place it on the Court's calendar.</u> Please be so kind as to contact me regarding this, so that I may inform the named Respondents promptly. I left a blank space on my "**Notice of Petition for a Writ of Prohibition**" for the date to be filled in, at your convenience. Also, if any fact issue arises and needs to be resolved, I protected myself by writing in "Jury Trial demanded" in case any fact issue in any response or motion has to resolved, it should be sent to a Jury.

6. I understand that I may have to tolerate a Pro Se Staff Attorney's involvement in my case to the very limited extent that the Pro Se Staff Attorney may review my case for jurisdiction as my case is being assigned to a federal judge. Accordingly and to be clear, I demand that the so-called "Pro Se Staff Attorney" **not** be involved in my case to any significant degree and **<u>not engage in the unauthorized practice of law</u>** by purporting to represent me and/or my case. I understand that this Court uses the deceptive practice of putting the submissions of a Pro Se, Pro Per, Sui Juris litigant into the hands of a so-called "Pro Se Staff Attorney" who then provides the judge with a summary, often inaccurate and misconstrued, and that this Court does **not** inform the Pro Se litigant that this is done. Thus, I demand that this is **<u>not</u>** done here. I demand that my submissions be given to a federal judge, **<u>not a magistrate judge</u>**, directly <u>without</u> input from some nameless, faceless, so-called "Pro Se Staff Attorney" who engages in the <u>**unauthorized practice of law**</u> by purporting to represent me and/or my case, when, in fact, this person never ascertained the facts from me. The so-called "Pro Se Staff Attorney" does <u>not</u> represent me and/or my case. If the judge has a question, he/she can ask me, and/or schedule a hearing, if needed. I demand that my submissions be given to the federal judge directly, <u>not</u> to a magistrate judge, without passing through the hands of some nameless, faceless, so-called "Pro Se Staff Attorney" who does not represent me,

and that my submissions are given to the presiding judge directly, exactly as they were filed, without alteration, without being misconstrued in a summary.

7. To protect myself, I am publishing my documents and the facts widely.

Thank you,

*Lidya Radin*

Lidya Radin

RECEIVED 2016 MAY -3 A 12: 03 U S DISTRICT COURT SDNY