UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIDYA RADIN,<br><br>                     Plaintiff,<br><br>              -against-<br><br>ACTING PRESIDING JUDGE PETER TOM, et al.,<br><br>                    Defendants. | 16-CV-3291 (UA)<br><br>ORDER GRANTING IFP APPLICATION |

LORETTA A. PRESKA, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:  May 19, 2016
           New York, New York

                                                     _____
                                                       LORETTA A. PRESKA
                                                 Chief United States District Judge