UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIDYA RADIN,

                Plaintiff,

       -against-

ACTING PRESIDING JUDGE PETER TOM,
JUDGE NEW YORK SUPREME COURT,
APPELLATE DIVISION, FIRST
DEPARTMENT; AND THE CLERKS OF
COURT, JOHN AND JANE DOES, 1-15;
CYRUS ROBERT VANCE, JR., DISTRICT
ATTORNEY; ERIC SCHNEIDERMAN,
ATTORNEY GENERAL OF THE STATE OF
NEW YORK,

                Defendants.

16-CV-3291 (LAP)

CIVIL JUDGMENT

Pursuant to the order issued May 31, 2016, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(i)-(iii) and under Rule 12(h)(3) of the Federal Rules of Civil

Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:  May 31, 2016
         New York, New York

_____
    LORETTA A. PRESKA
  Chief United States District Judge