Lidya Radin
c/o Friendly
203 W. 107th Street, # 8A
New York, New York 10025
Email: radin.lidya2@gmail.com; Telephone: 516-445-4390

Thursday, 30-June-2016

RECEIVED
SDNY PRO SE OFFICE
2016 JUL -5 AM 9:36

RECEIVED
2016 JUN 30
US DISTRICT COURT

Ruby J. Krajick,
Clerk of Court
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

**<u>RE:</u> PURSUANT TO 18 USC SEC. 2071, CRIMES COMMITTED in the Writ of Prohibition: " In re Lidya Radin, Claimant/petitioner against Acting Presiding Judge Peter Tom et al, Respondents" , docket no: 16-cv-3291, rejecting Judge Loretta Preska's May 31, 2016 ORDER for fraud on the court by court officers, and for other intentional fraud by court officers.**

Court Clerk Krajick:

Please find enclosed the first-page of Judge Preska's May 31, 2016 order which **<u>I am rejecting for fraud on the Court by Court Officers and which is void for fraud:</u>** the caption has been changed, my Writ of Prohibition is falsely referred to as a complaint, and falsely referred to "styled" as a a Notice of Petition for a Writ of Prohibition. It is **<u>not</u>** ***"styled"*** as a Notice of Petition for a Writ of Prohibition, it **<u>is</u>** a Petition for a Writ of Prohibition with Notice.

Also find enclosed Judge Preska's May 19, 2016 order wherein **<u>the caption was changed unlawfully and intentionally to commit fraud on the Court by Court Officers</u>**. Also, <u>the docket sheet was reflects fraud on the court by Court Officers</u> in that I filed a Writ of Prohibition, **<u>not</u>** a complaint, **<u>not</u>** a Writ of Mandamus. Find enclosed the first two pages of my 2-May-2016 cover-letter wherein I stated this explicitly in paragraph 3: " Please be aware that this is a this is a **<u>Writ of Prohibition</u>**, **an original proceeding**, <u>not</u> a complaint, and <u>not</u> a Writ of Mandamus: <u>Writ of Prohibition</u> due to constitutional violations of due process, equal protection, and redress such that the lower court lost jurisdiction."

**<u>It took effort and malice of forethought to falsify the court record like this: crimes.</u>**

Also, find enclosed a one-page print out from a video that I made of my telephone conversation with Judge Preska. The last three minutes are the actual phone call, the first 40 minutes or so

explains the fraud on the Court by Court Officers. The link to this video on the Internet is: https://www.youtube.com/watch?v=zBI2W2Y2N3I.

Judge Preska has not gotten back to me.

I followed up in a phone call with her law clerk, Megan, who has likewise refused to respond.

Please contact me regarding having these crimes against me prosecuted.

Yours,

Lidya Maria Radin

Lidya Maria Radin

RECEIVED
2016 JUN 30 P 3:42
US DISTRICT COURT SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIDYA RADIN,

Plaintiff,

-against-

ACTING PRESIDING JUDGE PETER TOM, JUDGE NEW YORK SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT; AND THE CLERKS OF COURT, JOHN AND JANE DOES, 1-15; CYRUS ROBERT VANCE, JR., DISTRICT ATTORNEY; ERIC SCHNEIDERMAN, ATTORNEY GENERAL OF THE STATE OF NEW YORK,

Defendants.

16-CV-3291 (LAP)

ORDER OF DISMISSAL

RECEIVED
2016 JUN 30 PM 7:42
US DISTRICT COURT SDNY

LORETTA A. PRESKA, Chief United States District Judge:

Plaintiff, appearing *pro se*, brings this action styled as a "Notice of Petition for a Writ of Prohibition." By order dated May 19, 2016, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. For the following reasons, the Court dismisses the action.

**STANDARD OF REVIEW**

The Court must dismiss an *in forma pauperis* complaint, or portion thereof, that is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *see Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998). The Court must also dismiss a complaint when the Court lacks subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). While the law mandates dismissal on any of these grounds, the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIDYA RADIN,<br>Plaintiff,<br>-against-<br>ACTING PRESIDING JUDGE PETER TOM, et al.,<br>Defendants. | 16-CV-3291 (UA)<br>ORDER GRANTING IFP APPLICATION |

FRAUD caption was changed to shift the burden of proof

LORETTA A. PRESKA, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated: May 19, 2016
New York, New York

Loretta A. Preska
LORETTA A. PRESKA
Chief United States District Judge

RECEIVED
2016 JUN 30
U S DISTRICT COURT

- The caption was changed to change a Writ of Prohibition to a Complaint, unlawfully. It took effort and malice of forethought to change the caption especially after I stated in my cover letter: "Please be aware that this is a Writ of Prohibition, an original proceeding, not a complaint, and not a Writ of Mandamus" ← from my cover-letter.

CERTIFIED AS A TRUE COPY ON
THIS DATE 5/27/16
BY Mary Salcedo
( ) Clerk
(✓) Deputy

ECF,PRO-SE

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:16-cv-03291-UA

Radin v. Tom et al
Assigned to: Judge Unassigned
Cause: 28:1651mn Petition for Writ of Mandamus

FRAUD

Date Filed: 05/03/2016
Jury Demand: Plaintiff
Nature of Suit: 540 Mandamus & Other
Jurisdiction: Federal Question

FRAUD

**Petitioner**

**Lidya Radin** represented by **Lidya Radin**
c/o Joe Friendly
203 West 107 Street
Apt. 8A
New York, NY 10025
(516) 445-4390
PRO SE

– I filed a Writ of Prohibition, not a Writ of Mandamus; It took effort, and malice of forethought to change "Prohibition" to "Mandamus", especially After I stated so in my cover-letter: "Please be aware that this is A Writ of Prohibition, an original proceeding, not a complaint, And not A Writ of Mandamus" from my cover letter

V.

**Respondent**

**Peter Tom**
*Acting Presiding Judge, New York Supreme Court*

**Respondent**

**John and Jane Does 1-15**
*Appellate Division, First Department, and the clerk of court*

**Respondent**

**Cyrus Robert Vance, Jr.**
*District Attorney*

**Respondent**

**Eric Schneiderman**
*Attorney General of the State of New York*

U S DISTRICT COURT SDNY 2016 JUN 30 RECEIVED

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2016 | 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Lidya Radin.(sac) (Entered: 05/04/2016) |

| | | |
|---|---|---|
| 05/03/2016 | 2 | NOTICE OF PETITION FOR A WRIT OF PROHIBITION against John and Jane Does 1-15, Eric Schneiderman, Peter Tom, Cyrus Robert Vance, Jr.Document filed by Lidya Radin. (Attachments: # 1 Main Document)(sac) Modified on 5/27/2016 (tro). (Entered: 05/04/2016) |
| 05/03/2016 | 3 | LETTER from Lidya Radin dated 5/2/2016 re: Filing a Writ of Prohibition, an original proceeding, in the district court, S.D.N.Y. Document filed by Lidya Radin.(sac) (Entered: 05/04/2016) |
| 05/03/2016 | | Case Designated ECF. (sac) (Entered: 05/04/2016) |
| 05/19/2016 | 4 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915. (Signed by Judge Loretta A. Preska on 05/19/2016) The Clerks Office Has Mailed Copies. (ca) (Entered: 05/19/2016) |
| 05/19/2016 | | Mailed a copy of 4 Order Granting IFP Application to Lidya Radin c/o Joe Friendly 203 West 107 Street Apt. 8A New York, NY 10025. (ca) (Entered: 05/19/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/27/2016 09:56:35 | | | |
| **PACER Login:** | us5070:2654438:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cv-03291-UA |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

- It took effort and malice of forethought to change "Prohibition" to "Mandamus".

U S DISTRICT COURT SDNY
2016 JUN 30 P 1: 42
RECEIVED

CERTIFIED AS A TRUE COPY ON
THIS DATE 5/27/16
BY Mary Salcedo
( ) Clerk
(✓) Deputy

STATE OF NEW YORK ATTORNEY GENERAL'S OFFICE RECEIVED

2016 APR 28 AM 10:10

United States District Court
Southern District of New York

---------------------------------------------------X

In re Lidya Radin,

Claimant/petitioner,

S.D.N.Y. Docket no: ________________

2009 NY 048859: criminal court docket no.
N.Y. County Clerk # 570444/11

-against-

Acting Presiding Judge **Peter Tom**, Judge, New York Supreme Court, Appellate **Division**, First Department, and the clerks of court, John and Jane Does, 1-15

**Cyrus Robert Vance, Jr.**, District Attorney,

**Eric Schneiderman**, Attorney General of the State of New York,

Respondents.

---------------------------------------------------X

- Changing the caption took effort and malice of forethought

**VERIFIED PETITION FOR A**

**WRIT OF PROHIBITION**

**ORAL ARUGMENT DEMANDED**

**WITH A STAY AND MOTION FOR POOR PERSON'S RELIEF**

→ To try to change the Writ of Prohibition into a Complaint, to shift the burden of proof

U.S. DISTRICT COURT SDNY 2016 MAY -2 P

1. The Second Circuit used an Internet site as a source for Judicial Notice in Briscoe v. Ercole, 565 F.3d 80, 83 ( 2nd Cir. 2009 ). Thus, to protect myself and members of Court Watchers, I am posting my papers on the Internet and otherwise publishing them and distributing them widely.

→ Criminal conduct by Judge Loretta Preska

2. I am informing this Court of continuing special appearances by me until informed by this Court that I am proceeding in a Court of constitutional due process in an adversarial system with a plaintiff/petitioner, defendant/respondent(s) , and a neutral, disinterested judge.

U S DISTRICT COURT SDNY 2016 JUN 30 P 1:43 RECEIVED

Lidya Radin
c/o Joe Friendly
203 W. 107th Street, #8A
New York, New York 10025
Telephone: 516-445-4390
Email: radin.lidya2@gmail.com

Cover-letter

**Pro Se Intake Unit**
United States District Court
of the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, New York 10007

RECEIVED
2016 MAY -2 P 4: 54
US DISTRICT COURT SDNY

2-May-2016

Placed in the overnight drop-box for filing.

**RE: Filing a Writ of Prohibition, an original proceeding, in the district court, S.D.N.Y., documents enclosed.**

RECEIVED
2016 JUN 30 P 7: 43
US DISTRICT COURT SDNY

Dear Sir/Madam:

Please find enclosed:

1. One original plus two copies of my **Writ of Prohibition**, in Lidya Radin, petitioner/claimant against Peter Tom, Cyrus Robert Vance, Jr., and Eric Schneiderman, respondents, plus the **civil cover sheet**, and my **Application to Proceed without prepaying fees or costs.**
2. I am providing the original, 77 pages, as requested, unbound, secured with a binder clip so that it can be scanned into your system more easily. The two copies are secured, as requested, with a staple in the left-hand corner covered with tape.
3. Please be aware that this is a **Writ of Prohibtion, an original proceeding,** not a complaint, and not a Writ of Mandamus: Writ of Prohibition due to constitutional

violations of due process, equal protection, and redress such that the lower court lost jurisdiction. Writ of Prohibition

4. My process server has already performed **personal, in-hand service** on the Respondents, and his affidavit of service is provided. Thus, I do not need a summons, or service.

5. **I do need to set a hearing date for my Writ of Prohibition and place it on the Court's calendar.** Please be so kind as to contact me regarding this, so that I may inform the named Respondents promptly. I left a blank space on my "**Notice of Petition for a Writ of Prohibition**" for the date to be filled in, at your convenience. Also, if any fact issue arises and needs to be resolved, I protected myself by writing in "Jury Trial demanded" in case any fact issue in any response or motion has to resolved, it should be sent to a Jury.

6. I understand that I may have to tolerate a Pro Se Staff Attorney's involvement in my case to the very limited extent that the Pro Se Staff Attorney may review my case for jurisdiction as my case is being assigned to a federal judge. Accordingly and to be clear, I demand that the so-called "Pro Se Staff Attorney" **not** be involved in my case to any significant degree and **not engage in the unauthorized practice of law** by purporting to represent me and/or my case. I understand that this Court uses the deceptive practice of putting the submissions of a Pro Se, Pro Per, Sui Juris litigant into the hands of a so-called "Pro Se Staff Attorney" who then provides the judge with a summary, often inaccurate and misconstrued, and that this Court does **not** inform the Pro Se litigant that this is done. Thus, I demand that this is **not** done here. I demand that my submissions be given to a federal judge, **not a magistrate judge**, directly without input from some nameless, faceless, so-called "Pro Se Staff Attorney" who engages in the **unauthorized practice of law** by purporting to represent me and/or my case, when, in fact, this person never ascertained the facts from me. The so-called "Pro Se Staff Attorney" does not represent me and/or my case. If the judge has a question, he/she can ask me, and/or schedule a hearing, if needed. I demand that my submissions be given to the federal judge directly, not to a magistrate judge, without passing through the hands of some nameless, faceless, so-called "Pro Se Staff Attorney" who does not represent me,

RECEIVED US DISTRICT COURT SDNY 2016 MAY 2 PM 1:41
RECEIVED US DISTRICT COURT SDNY 2016 JUN 30 PM 3:13


"crookeddoctors" and "Lidya Radin"
Upload
Sign in
Judge Loretta A. Preska = CRIMINAL ( Hi, NYPD ! Here is a judge 4 U )
RECEIVED
2016 JUN 30 P 1:
U S DISTRICT COURT SDNY
Up next
Autoplay
Federal Judge Pauley, III, law clerk, Allison, 1/29/2016
CrookedDoctors
231 views
RAMAPO TOWN SUPERVISOR AND FORMER DEVELOPMENT
USAOSDNY
76 views
Authorities Announce Corruption Probe Charges
CBS New York
884 views
John Vidurek a.k.a John Darash
CrookedDoctors
589 views
Federal Judge Pauley III law clerk Allison 1292016
paulaglorla
119 views
Preet Bharara on why financial crimes are difficult to prosecute
Tina Brown Live Media
100 views
Preet Bharara on the Dean and Adam Skelos wiretaps
Tina Brown Live Media
0:42
71 views
Roseanne Barr Interviews Leonard Rowe about Institutional
rowan kelly
52:31
5,260 views
Press Conference for Jeremy Hammond 02/21/2013
LeakSourceNews
12:32
256 views
Chris Hedges on Jeremy Hammond: Judge Preska Should
The Laura Flanders Show
2:19
2,853 views
Preet on Preet - New Insight on the "Sheriff of Albany"
Richard French
12:44
130 views
8th Annual Art Litigation and Dispute Resolution Institute -
NYCLA CLE Institute
14:56
96 views
Milstein Criminal Justice Policy Forum - Citizens Crime
HPM Foundations
23:26
104 views
7/31/14 - The Secret Is Stellar, Overstock loves Bitcoin, & Core
Money & Tech
5:02
985 views
Urgent letter campaign asking for leniency for Jeremy Hammond.
ResistAllTheThings
2:20
265 views
Judge Loretta A. Preska = CRIMINAL ( Hi, NYPD ! Here is a judge 4 U )
CrookedDoctors
Subscribe 62
76 views
Add to
Share
More
Published on Jun 4, 2016
LONGER VERSION: This is a brief introduction, about 30 minutes, to the June 1, 2016 telephone conversation I had with "former" Chief Judge Loretta A. Preska at 500 Pearl Street, New York City ( about 3 minute telephone conversation, last 3 minutes of this video, is the telephone conservation ) that
SHOW MORE
Loading...
- This is a video tape that explains the fraud by Judge Loretta Preska; the last three minutes are from the telephone conversation I had with Judge Loretta Preska; Judge Preska never got back to me.